# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHRISTOPHER LEAVENS**                                                                  **PLAINTIFF**

v.                              **CASE NO.: 5:07CV00324-JMM-BD**

**DOES,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's Complaint is DISMISSED without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's Order (docket entry #15) of February 7, 2008, and Defendants' Motion to Dismiss (#11) is DENIED as moot.

IT IS SO ORDERED, this 28th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE